IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN RAY PIPES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-10-CV-0624-M |
| | § | |
| TEKSYSTEMS, INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

### ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge, dated April 15, 2010, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings of the Court.

IT IS, THEREFORE, ORDERED that the Findings and Recommendation of the United States Magistrate Judge are accepted. If Plaintiff's filing of April 26, 2010 is intended as a motion to amend to add new parties, the motion is DENIED as there is no demonstrated subject matter jurisdiction over the case.

**SO ORDERED** this 11th day of May, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS